# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LINDA MACKAY,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>UNITED COLLECTION BUREAU, INC.,<br><br>　　　　　　Defendant(s). | Case No. 2:13-cv-1146-JCM-NJK<br><br>ORDER DENYING DISCOVERY PLAN<br><br>(Docket No. 13) |

Pending before the Court is Plaintiff's proposed discovery plan. Docket No. 13. Because the parties failed to hold a Rule 26(f) conference, however, *see* Docket No. 12, the proposed discovery plan is hereby DENIED. No later than October 17, 2013, Defendant's counsel is ORDERED to provide Plaintiff's counsel with 3 separate times (October 21, 2013 or earlier) on which he is available to participate in the Rule 26(f) conference. The parties are ORDERED to hold the Rule 26(f) conference no later than October 21, 2013. The parties are ORDERED to submit a *joint* proposed discovery plan no later than October 22, 2013.

　　IT IS SO ORDERED.

　　DATED: October 15, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge