# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LINDA MACKAY, | ) | |
| Plaintiff(s), | ) | Case No. 2:13-cv-1146-JCM-NJK |
| vs. | ) | ORDER |
| UNITED COLLECTION BUREAU, INC., | ) | |
| Defendant(s). | ) | |

On October 15, 2013, the Court's staff received a telephone call in chambers from Defendant's counsel. Defendant's counsel inquired, *inter alia*, as to what Defendant was required to file in response to the Court's initial order to show cause (Docket No. 11). Defendant's counsel is reminded that counsel is prohibited from communicating with the Court *ex parte*. Local Rule 7-6. The Court expects strict compliance with this rule and cautions the parties and counsel that failure to do so may result in the imposition of sanctions. *See, e.g.*, Local Rule IA 4-1.

IT IS SO ORDERED.

DATED: October 15, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge