# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LINDA MACKAY,<br><br>           Plaintiff(s),<br><br>vs.<br><br>UNITED COLLECTION BUREAU, INC.,<br><br>           Defendant(s). | Case No. 2:13-cv-1146-JCM-NJK<br><br>ORDER DISCHARGING<br>ORDER TO SHOW CAUSE |

    Pending before the Court is an order for Defendant and Defendant's counsel to show cause why they should not be sanctioned for failing to cooperate in the scheduling of a Rule 26(f) conference and in the filing of a proposed discovery plan. Docket No. 15. The Court has now received a response from Defendant and Defendant's counsel. Docket No. 18. Defendant and Defendant's counsel assert that one of the attorneys assigned to the case had a medical emergency during this period. *See id.* at 2. Unfortunately, the response does not adequately explain why the other attorneys assigned to the case did not cooperate in the scheduling of a Rule 26(f) conference or the filing of a proposed discovery plan. The Court hereby CAUTIONS Defendant and Defendant's counsel that the failure to comply with the Local Rules, Federal Rules of Civil Procedure, and/or Court orders may result in sanctions, up to and including, case-dispositive sanctions. At this time, the Court declines to impose monetary or case-dispositive sanctions. Accordingly, the order to show cause is hereby DISCHARGED.

    IT IS SO ORDERED.

    DATED: October 17, 2013

                                              _____<br>
                                              NANCY J. KOPPE<br>
                                              United States Magistrate Judge